# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                                    Case No. 6:14-cv-10-Orl-28KRS

**RONALD C. HOLLYFIELD,**

      **Defendant.**

___

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) filed February 3, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Amended Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Amended Report and Recommendation filed March 20, 2014 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) is **GRANTED in part** and **DENIED in part**.

3. The Court finds that Ronald C. Hollyfield is liable to the United States of America ("United States") for $14,593.35 plus accrued prejudgment interest.

4. Costs in the amount of $40.00 are assessed against Ronald C. Hollyfield.

5. The United States' request for attorney's fees is **DENIED without prejudice**. The United States shall file a motion with supporting memorandum of law and evidence as to its request for attorney's fees within fourteen (14) days from the date of this Order. The motion shall comply with the recommendations set forth in the Amended Report and Recommendation (Doc. 12, p. 12-13).

6. After the Court resolves the request for attorney's fees, the Court will require the United States to file a proposed judgment to cover the default amount, costs, prejudgment interest, and any awarded attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party