UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                              **Case No: 6:14-cv-10-Orl-41KRS**

**RONALD C. HOLLYFIELD,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Attorneys' Fees (Doc. 14) filed on April 21, 2014, and Supplement to Plaintiff's Motion for Attorney's Fees (Doc. 20) filed on July 22, 2014. On July 30, 2014, the United States Magistrate Judge submitted a report recommending that the requested relief be granted. (Doc. 21).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed July 30, 2014, (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorneys' Fees (Doc. 14) is **GRANTED.**

3. Plaintiff is awarded attorney's fees in the amount of $2,080.00. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff in this amount and close the file.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party